IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SANDRA KELLY, JANICE WALTMAN,
AND SYLVIA PATINO, INDIVIDUALLY
& ON BEHALF OF OTHERS SIMILARLY SITUATED          PLAINTIFFS

v.          Case No 2:13-cv-00441-JRG

HEALTHCARE SERVICES GROUP, INC.          DEFENDANT

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Come now Plaintiffs, Sandra Kelly, *et. al.*, and Defendant, Healthcare Services Group, Inc., by and through their attorneys, and for their Joint Motion to Stay All Deadlines and Notice of Settlement state as follows:

1. All matters in controversy between the parties have been settled, in principle, and the parties request that the Court stay for thirty (30) days the unreached deadlines contained in the Court's Third Amended Docket Control Order (Dkt. No. 313) and all pending motions to finalize the settlement in this case.

    Respectfully submitted,

    SANDRA KELLY, JANICE WALTMAN,
    AND SYLVIA PATINO, INDIVIDUALLY
    AND ON BEHALF OF OTHERS SIMILARLY
    SITUATED

    /s/ John Holleman
    HOLLEMAN & ASSOCIATES, P.A.
    John T. Holleman
    Texas Bar No. 24014806
    1008 West Second Street
    Little Rock, AR 72201

Telephone: (501) 975-5040
Facsimile: (501) 975-5043
jholleman@johnholleman.net

and,

Dorotha M. Ocker
CHAD WEST, PLLC
2606C South Tyler Street
Dallas, TX 75224
214.509.7555
469.718.5887 (fax)
dmo@chadwestlaw.com


and counsel for Defendant:

PROSKAUER ROSE LLP

/s/ Kenneth D. Sulzer
Kenneth D. Sulzer (pro hac vice)
CA State Bar No. 120253
ksulzer@proskauer.com
Enzo Der Boghossian
CA State Bar No. 270629
ederboghossian@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    310.557.2900
Facsimile:     310.557.2193

Stacey C.S. Cerrone (pro hac vice)
LA State Bar No. 25860
scerrone@proskauer.com
Charles J. Stiegler (pro hac vice)
LA State Bar No. 33456
cstiegler@proskauer.com
650 Poydras St., Ste. 1800
New Orleans, LA 70130
Telephone: 504.310.2025
Facsimile: 504.310.2022

2

CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
Steven Moore (pro hac vice)
Colorado State Bar No: 23320
smoore@constangy.com
1625 17th Street, Third Floor
Denver, Colorado 80202
Telephone: 720-343-7540
Fax: 720-343-7541

STEVENS & LEE, P.C.
Kenneth D. Kleinman (pro hac vice)
PA Attorney I.D. No. 31770
kdk@stevenslee.com
Brad M. Kushner
PA Attorney I.D. No. 307429
bmk@stevenslee.com
1818 Market Street
29th Floor
Philadelphia, PA 19103-1702
Phone: (215) 751-1946
Fax: (610) 371-7975

SIEBMAN, BURG, PHILIPS & SMITH LLP
Michael C. Smith
Texas Bar No. 18650410
michaelsmith@siebman.com
113 East Austin Street
Marshall, Texas 75670
Phone: (903)938-8900
Fax: (972-767-4620

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Jeffrey C. Londa
SBOT: 12512400
jeff.londa@ogletreedeakins.com
500 Dallas Street, Suite 3000
Houston, TX 77002
Phone: (713) 655-5750
Fax: (713) 655-0020

>Michael D. Mitchell
>SBOT: 00784615
>michael.mitchell@ogletreedeakins.com
>500 Dallas Street, Suite 3000
>Houston, TX 77002
>Phone: (713) 655-5756
>Fax: (713) 655-0020

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2015, the foregoing was filed electronically and is available for viewing on the Court's ECF system, which will send notification of such filing to all counsel of record.

>/s/ John T. Holleman
>HOLLEMAN & ASSOCIATES, P.A.
>John T. Holleman
>Texas Bar No. 24014806