IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SANDRA KELLY, JANICE WALTMAN,
AND SYLVIA PATINO, INDIVIDUALLY
& ON BEHALF OF OTHERS SIMILARLY SITUATED                    PLAINTIFFS

v.                      Case No 2:13-cv-00441-JRG

HEALTHCARE SERVICES GROUP, INC.                              DEFENDANT

## JOINT MOTION FOR FINAL APPROVAL ORDER

Plaintiffs Sandra Kelly, et al. and Defendant Healthcare Services Group Inc., jointly file this Motion seeking a Final Approval Order approving the settlement of this action.

1. This action was brought as a collective action under the Fair Labor Standards Act alleging unpaid overtime and other wages owed. After court-ordered mediation, the Parties reached an agreement to resolve their claims. (Doc. 321).

2. On August 7, 2015, Plaintiffs filed an unopposed motion to approve FLSA collective settlement. (Doc. 327).

3. The Court granted the motion, and approved the settlement in full setting the matter for a final approval hearing for December 8, 2015. (Doc. 329). The Parties appeared before the Court for the final approval hearing on that date. On December 9, 2015, the Court issued an order approving disbursement of Class Counsel Fees and Costs via issuance of HSG common stock (Doc. 331).

4. The Parties now jointly move for a Final Approval Order, which is the last order required to finalize the settlement, approving the settlement and dismissing all released claims and this action with prejudice.

Page **1** of **4**

**WHEREFORE,** the Parties therefore respectfully request that the Court enter a Final Approval Order approving the settlement of this action and dismissing all released claims and this action with prejudice.

Respectfully submitted,

/s/ *John Holleman*
HOLLEMAN & ASSOCIATES, P.A.
John Holleman
Texas Bar No. 24014806

and,

OCKER LAW FIRM, P.L.L.C.
Dorotha M. Ocker
Texas Bar No. 24076597

**ATTORNEYS FOR PLAINTIFFS SANDRA KELLY, JANICE WALTMAN, AND SYLVIA PATINO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**PROSKAUER ROSE LLP**

/s/ *Kenneth D. Sulzer, with permission*
Kenneth D. Sulzer (pro hac vice)
**LEAD COUNSEL FOR DEFENDANT PER LOCAL RULE CV-11(a)**
CA State Bar No. 120253
ksulzer@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

Steven Moore (*admitted pro hac vice*)
Colorado State Bar No. 23320
smoore@constangy.com
1625 17th Street, Third Floor
Denver, CO 80202

Telephone: (720) 343-7540
Facsimile: (720) 343-7541

**SIEBMAN, BURG, PHILIPS & SMITH LLP**

Michael C. Smith
Texas Bar No. 18650410
michaelsmith@siebman.com
113 East Austin Street
Marshall, TX 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

**ATTORNEYS FOR DEFENDANT
HEALTHCARE SERVICES GROUP, INC.**

## CERTIFICATE OF CONFERENCE

    I certify that the parties have complied with the meet and confer requirements in Local Rule CV-7(h). Specifically, the parties conferred on multiple occasions regarding the language of this motion and attached proposed order. The parties jointly agreed to submit this motion to the Court.

/s/ *John Holleman*_____
John Holleman

**CERTIFICATE OF SERVICE**

    I certify that on December 9th, 2015, the foregoing was filed electronically and is available for viewing on the Court's ECF system, which will send notification of such filing to all counsel of record.

                                           /s/ *John Holleman*_____
                                           John Holleman