IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SANDRA KELLY, JANICE WALTMAN,
AND SYLVIA PATINO, INDIVIDUALLY
& ON BEHALF OF OTHERS SIMILARLY SITUATED        PLAINTIFFS

v.        Case No 2:13-cv-00441-JRG

HEALTHCARE SERVICES GROUP, INC.        DEFENDANT

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR
FINAL APPROVAL ORDER**

The Court, having considered the Parties' Joint Motion for Final Approval Order, for the same reasons addressed in the Court's Order granting Plaintiffs' Unopposed Motion to Approve FLSA Collective Settlement (Doc. 329), **GRANTS** the Parties' joint motion and approves the settlement of this action in full. As a result, this action and the claims released in the settlement agreement are hereby **DISMISSED** with prejudice.

IT IS SO ORDERED.